**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**John Edward HILL, Appellant.**

Supreme Court of Pennsylvania.

Argued May 2, 2000.

Decided Oct. 17, 2000.

James J. Karl, Chief Public Defender, Public Defender's Office, for John Edward Hill.

James C. Madenspacher, Dist. Atty., Susan E. Moyer, District Attorney's Office, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

The appeal is dismissed as having been improvidently granted.